UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY LIVINGSTON,<br><br>                                    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                                    Defendant. | Case No.:  22-CV-613 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(ECF No. 9) |

     Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice ("Joint Mot.," ECF No. 9) in light of the settlement of this action.  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the above-captioned case.  As agreed by and between the Parties, each shall bear its own attorneys' fees and costs.  The Clerk of the Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated:  August 12, 2022

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge

22-CV-613 JLS (DEB)